| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.N. LBR 9004-1(b)**<br>Rebecca A. Solarz, Esq.<br>Denise Carlon, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>rsolarz@kmllawgroup.com<br>dcarlon@kmllawgroup.com<br>bnicholas@kmllawgroup.com<br>Attorneys for PNC Bank, National Association | |
| In Re:<br>Steve E. Minieri & Elaine D. Minieri<br><br>Debtors | Case No: <u>17-35386 VFP</u><br><br>Chapter: <u>13</u><br><br>Judge: Vincent F. Papalia |

**NOTICE OF APPEARANCE**

  Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of PNC Bank, National Association. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

243 Pulaski Avenue, Wallington, NJ 07057

DOCUMENTS:

☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐ All documents and pleadings of any nature.
Date:01/05/2018

                 **/s/ Rebecca A. Solarz, Esquire**
                 Rebecca A. Solarz, Esquire
                 Denise Carlon, Esquire
                 Brian C. Nicholas, Esquire
                 **KML Law Group, P.C.**
                 216 Haddon Avenue, Ste. 406
                 Westmont, NJ 08108
                 (609) 250-0700 (NJ)
                 (215) 627-1322 (PA)
                 FAX: (609) 385-2214
                 Attorney for Movant/Applicant