B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

DISTRICT OF NEW JERSEY

In Re:  
STEVE E. MINIERI

ELAINE D. MINIERI

Case No.  1735386

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PRA Receivables Management, LLC., as agent of  
Portfolio Recovery Associates, LLC  
------------------------------------------  
Name of Transferee

ONEMAIN  
------------------------------------------  
Name of Transferor

Name and Address where notices to transferee should be sent:  
Portfolio Recovery Associates, LLC  
POB 41067  
Norfolk, VA 23541

Court Claim # (if known): 10  
Amount of Claim: $5,463.95  
Date Claim Filed: 01/23/2018

Phone: (877)829-8298  
Last Four Digits of Acct # :  2604

Phone:  
Last Four Digits of Acct #: 2604

Name and Address where transferee payments  
Should be sent (if different from above)  
Portfolio Recovery Associates, LLC  
POB 12914  
Norfolk, VA 23541

Seller Information  
ONEMAIN CONSUMER LOAN, INC. F/K/A  
SPRINGLEAF CONSUMER LOAN, INC.  
601 NW Second Street  
Evansville IN 47708

Phone: (877)829-8298  
Last Four Digits of Acct # : 2604

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Deborah S. Calvert  
    ------------------------------------------  
    Transferee/Transferee's Agent  
Email: Bankruptcy_Info@portfoliorecovery.com

Date: 5/9/2018

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

# EXHIBIT A

## ASSIGNMENT AND BILL OF SALE

OneMain Consumer Loan, Inc. f/k/a Springleaf Consumer Loan, Inc. ("Seller") has entered into that certain Account Purchase and Sale Agreement dated May 1, 2018, ("Agreement") for the sale of Accounts to Portfolio Recovery Associates, LLC, a Delaware limited liability company (hereinafter called "Buyer"), upon the terms and conditions set forth in that Agreement.

NOW, THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, Sellers hereby sell, assign, and transfer to Buyer, its successors and permitted assigns, all of Sellers' rights, title, and interest in and to the Accounts owned by such Sellers and identified on the Sale File delivered by the Sellers to Buyer in electronic file form in conjunction herewith and titled ███████████████.

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement on the 1st day of May, 2018.

Sellers: OneMain Consumer Loan, Inc. f/k/a
Springleaf Consumer Loan, Inc.

By: _____

Printed Name: J. Scott Bailer
Title: Vice President, Sr. Managing Director