| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br>   STEVE E. MINIERI<br>   ELAINE D. MINIERI |

Order Filed on November 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  17-35386

Judge:  VINCENT F. PAPALIA

### ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: November 26, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor(s): STEVE E. MINIERI
ELAINE D. MINIERI

Case No.: 17-35386VFP

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

---

ORDERED, that the claim of AMERICAN HONDA FINANCE CORPORATION, Court Claim Number 5, be reduced to amount paid to date through the plan by the Standing Trustee.