SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
Chapter 13 Case # 17-35386

Re:  STEVE E. MINIERI  
     ELAINE D. MINIERI  
     243 PULASKI AVE.  
     WALLINGTON,  NJ  07057

Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP  
     1599 HAMBURG TURNPIKE  
     WAYNE, NJ  07470

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $53,000.00**

## RECEIPTS AS OF 12/31/2018   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/02/2018 | $100.00 | 4563852000  - | 02/02/2018 | $100.00 | 4639732000  - |
| 03/02/2018 | $100.00 | 4717773000  - | 04/02/2018 | $100.00 | 4801920000 |
| 05/02/2018 | $100.00 | 4880984000 | 06/04/2018 | $100.00 | 4961083000 |
| 07/03/2018 | $100.00 | 5042214000 | 08/02/2018 | $100.00 | 5119441000 |
| 09/04/2018 | $100.00 | 5203753000 | 10/02/2018 | $100.00 | 5279485000 |
| 11/02/2018 | $100.00 | 5360132000 | 12/03/2018 | $100.00 | 5439027000 |

**Total Receipts: $1,200.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $1,200.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN HONDA FINANCE CORPORATION | | | | | | |
| | 03/19/2018 | $175.82 | 798,170 | | | |
| PNC BANK NATIONAL ASSOCIATION | | | | | | |
| | 03/19/2018 | $11.63 | 798,811 | 11/19/2018 | $14.79 | 814,228 |
| | 12/17/2018 | $88.57 | 816,122 | | | |
| WELLS FARGO BANK NA | | | | | | |
| | 12/17/2018 | $7.44 | 816,697 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 68.10 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 745.05 | 100.00% | 745.05 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 175.82 | 100.00% | 175.82 | |
| 0002 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,275.80 | * | 0.00 | |
| 0003 | BANK OF AMERICA | UNSECURED | 4,554.89 | * | 0.00 | |
| 0004 | WELLS FARGO BANK NA | SECURED | 105.67 | 100.00% | 13.17 | |
| 0006 | MIDLAND FUNDING LLC | UNSECURED | 4,468.76 | * | 0.00 | |
| 0007 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | CITIMORTGAGE INC | UNSECURED | 58,976.32 | * | 0.00 | |

**Chapter 13 Case # 17-35386**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---|
| 0010 | QUANTUM3 GROUP LLC | UNSECURED | 2,133.18 | * | 0.00 | |
| 0011 | LVNV FUNDING LLC | UNSECURED | 2,292.95 | * | 0.00 | |
| 0012 | US DEPARTMENT OF EDUCATION | UNSECURED | 97,738.42 | * | 0.00 | |
| 0013 | DISCOVER PERSONAL LOAN | UNSECURED | 16,069.57 | * | 0.00 | |
| 0014 | DISCOVER BANK | UNSECURED | 6,786.36 | * | 0.00 | |
| 0015 | FORD CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | CAPITAL ONE NA | UNSECURED | 2,852.50 | * | 0.00 | |
| 0017 | MARINER FINANCE LLC | UNSECURED | 2,621.22 | * | 0.00 | |
| 0018 | MERRICK BANK | UNSECURED | 4,307.44 | * | 0.00 | |
| 0020 | US DEPARTMENT OF HUD | UNSECURED | 68,961.33 | * | 0.00 | |
| 0021 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 5,463.95 | * | 0.00 | |
| 0022 | PNC BANK NATIONAL ASSOCIATION | MORTGAGE ARRE | 1,632.73 | 100.00% | 203.56 | |
| 0023 | LVNV FUNDING, LLC | UNSECURED | 12,987.37 | * | 0.00 | |
| 0024 | QUANTUM3 GROUP LLC | UNSECURED | 661.58 | * | 0.00 | |
| 0025 | TD RETAIL CARD SERVICES | UNSECURED | 2,876.63 | * | 0.00 | |
| 0030 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0031 | AMERICAN HONDA FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,572.93 | * | 0.00 | |
| 0033 | MIDLAND FUNDING LLC | UNSECURED | 4,328.98 | * | 0.00 | |
| 0034 | MIDLAND FUNDING LLC | UNSECURED | 2,437.17 | * | 0.00 | |
| 0035 | MIDLAND FUNDING LLC | UNSECURED | 1,497.74 | * | 0.00 | |
| 0036 | MIDLAND FUNDING LLC | UNSECURED | 1,419.32 | * | 0.00 | |
| 0037 | MIDLAND FUNDING LLC | UNSECURED | 831.41 | * | 0.00 | |
| 0038 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | QUANTUM3 GROUP LLC | UNSECURED | 1,273.74 | * | 0.00 | |
| 0040 | LVNV FUNDING LLC | UNSECURED | 618.32 | * | 0.00 | |
| 0041 | US DEPARTMENT OF EDUCATION | UNSECURED | 8,445.83 | * | 0.00 | |
| 0042 | DEPT OF EDUCATION/NELN | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | MERRICK BANK | UNSECURED | 2,128.24 | * | 0.00 | |
| 0044 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |

**Total Paid: $1,205.70**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $1,200.00      -      Paid to Claims: $392.55      -      Admin Costs Paid: $813.15      =      Funds on Hand: $94.30

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.