Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−35386−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Steve E. Minieri
243 Pulaski Ave.
Wallington, NJ 07057

Elaine D. Minieri
243 Pulaski Ave.
Wallington, NJ 07057

Social Security No.:
xxx−xx−8135                              xxx−xx−8352

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 21, 2018.

On 03/06/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:         April 4, 2019
Time:         08:30 AM
Location:     Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 7, 2019
JAN: nds

Jeanne Naughton
Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 17-35386-VFP
Steve E. Minieri                                                Chapter 13
Elaine D. Minieri
       Debtors                      CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2                    Date Rcvd: Mar 07, 2019
                              Form ID: 185             Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2019.
db/jdb         +Steve E. Minieri,    Elaine D. Minieri,    243 Pulaski Ave.,    Wallington, NJ 07057-1513
517235314     ++AMERICAN HONDA FINANCE,     P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: American Honda Finance,      201 Little Falls Dr,
                 Wilmington, DE 19808)
517235316     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,     Po Box 982238,    El Paso, TX 79998)
517331033      +Bank of America, N.A.,     P O Box 982284,    El Paso, TX 79998-2284
517235315      +Barclays Bank Delaware,     P.o. Box 8803,    Wilmington, DE 19899-8803
517235317       Bobs Ds Furn,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
517328592       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517235320      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517235321     #+Christina Minieri,    243 Pulaski Ave.,    Wallington, NJ 07057-1513
517325037       CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
517235322      +Citimortgage,    Po Box 6243,    Sioux Falls, SD 57117-6243
517235326      +Discover Bank,    502 E Market St,    Greenwood, DE 19950-9700
517235328      +Ford Credit,    P.O. Box 152271,    Irving, TX 75015-2271
517235330      +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
517235333      +Novad Management Consulting,     2401 NW 23rd St.,    Ste. 1A1,   Oklahoma City, OK 73107-2448
517286664      +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
517235335      +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
517309978      +TD Retail Card Services,     c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                 Dallas, TX 75380-0849
517235338      +Tdrcs/raymour & Flanig,     1000 Macarthur Bv,   Mahwah, NJ 07430-2035
517235339      +U.S. Dept. of HUD,    451 7th Street S.W.,    Washington, DC 20410-0001
517299845       Wells Fargo Bank, N.A.,     PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 08 2019 00:00:27       U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,     Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 08 2019 00:00:24      United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517271938       E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 08 2019 00:00:34
                 American Honda Finance Corporation,     National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
517235319       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 08 2019 00:05:00       Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
517235318       E-mail/Text: cms-bk@cms-collect.com Mar 08 2019 00:00:03       Capital Management Services, LP,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
517235323      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 08 2019 00:00:06       Comenitybk/totalvs,
                 Po Box 182789,   Columbus, OH 43218-2789
517235324      +E-mail/PDF: creditonebknotifications@resurgent.com Mar 08 2019 00:06:10       Credit One Bank Na,
                 Po Box 98875,   Las Vegas, NV 89193-8875
517235325      +E-mail/Text: electronicbkydocs@nelnet.net Mar 08 2019 00:00:30       Dept Of Education/neln,
                 121 S 13th St,   Lincoln, NE 68508-1904
517248303       E-mail/Text: mrdiscen@discover.com Mar 07 2019 23:59:32      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517235327      +E-mail/Text: mrdiscen@discover.com Mar 07 2019 23:59:32      Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
517280477      +E-mail/Text: dplbk@discover.com Mar 08 2019 00:00:44      Discover Personal Loans,
                 PO Box 30954,   Salt Lake City, UT 84130-0954
517235329      +E-mail/Text: bncnotices@becket-lee.com Mar 07 2019 23:59:36       Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
517465278      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 08 2019 00:05:15       LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587,
                 LVNV Funding LLC,    c/o Resurgent Capital Services 29603-0587
517465277       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 08 2019 00:05:16       LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517346268       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 08 2019 00:04:22
                 LVNV Funding, LLC its successors and assigns as,     assignee of MHC Receivables, LLC and,
                 FNBM, LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517345208       E-mail/Text: bkr@cardworks.com Mar 07 2019 23:59:18      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517235331      +E-mail/Text: bkr@cardworks.com Mar 07 2019 23:59:18      Merrick Bank Corp,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
517336888      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 08 2019 00:00:23       Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
517235332      +E-mail/Text: kmorgan@morganlaw.com Mar 08 2019 00:01:02       Morgan Bornstein Morgan,
                 1236 Brace Road K,    Cherry Hill, NJ 08034-3229
517292744       E-mail/PDF: cbp@onemainfinancial.com Mar 08 2019 00:03:53       ONEMAIN,   PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
517235334      +E-mail/PDF: cbp@onemainfinancial.com Mar 08 2019 00:04:42       Onemain,   Po Box 1010,
                 Evansville, IN 47706-1010
```

```
District/off: 0312-2          User: admin              Page 2 of 2               Date Rcvd: Mar 07, 2019
                              Form ID: 185             Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517523774      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 08 2019 00:06:12
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517523775      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 08 2019 00:04:18
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517339749      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 08 2019 00:06:08
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
517235336     +E-mail/Text: bankruptcy@prosper.com Mar 08 2019 00:00:52      Prosper Marketplace In,
                 101 2nd St Fl 15,    San Francisco, CA 94105-3672
517336078     +E-mail/Text: bncmail@w-legal.com Mar 08 2019 00:00:34      Prosper Marketplace Inc.,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517338479      E-mail/Text: bnc-quantum@quantum3group.com Mar 08 2019 00:00:17
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
517338868      E-mail/Text: bnc-quantum@quantum3group.com Mar 08 2019 00:00:18
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
517235337      E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2019 00:05:46      Syncb/walmart,    Po Box 965024,
                 El Paso, TX 79998
517236542     +E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2019 00:03:57      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517264173     +E-mail/Text: electronicbkydocs@nelnet.net Mar 08 2019 00:00:30
                 U.S. Department of Education C/O Nelnet,    121 S 13TH ST, SUITE 201,    LINCOLN, NE 68508-1911
                                                                                             TOTAL: 31

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517344733*    +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2019 at the address(es) listed below:
```
              David L. Stevens    on behalf of Debtor Steve E. Minieri dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
               scuramealey.com
              David L. Stevens    on behalf of Joint Debtor Elaine D. Minieri dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
               scuramealey.com
              Denise E. Carlon    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```