SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
#### Chapter 13 Case # 17-35386

| Re: | STEVE E. MINIERI | Atty: | SCURA WIGFIELD HEYER & STEVENS, LLP |
|---|---|---|---|
| | ELAINE D. MINIERI | | 1599 HAMBURG TURNPIKE |
| | 243 PULASKI AVE. | | WAYNE, NJ  07470 |
| | WALLINGTON,  NJ  07057 | | |

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $6,000.00**

## RECEIPTS AS OF 01/15/2020          (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/02/2018 | $100.00 | 4563852000  - | 02/02/2018 | $100.00 | 4639732000  - |
| 03/02/2018 | $100.00 | 4717773000  - | 04/02/2018 | $100.00 | 4801920000 |
| 05/02/2018 | $100.00 | 4880984000 | 06/04/2018 | $100.00 | 4961083000 |
| 07/03/2018 | $100.00 | 5042214000 | 08/02/2018 | $100.00 | 5119441000 |
| 09/04/2018 | $100.00 | 5203753000 | 10/02/2018 | $100.00 | 5279485000 |
| 11/02/2018 | $100.00 | 5360132000 | 12/03/2018 | $100.00 | 5439027000 |
| 01/03/2019 | $100.00 | 5512432000 | 02/04/2019 | $100.00 | 5590888000 |
| 03/04/2019 | $100.00 | 5669834000 | 04/02/2019 | $100.00 | 5751260000 |
| 05/03/2019 | $100.00 | 5831883000 | 06/03/2019 | $100.00 | 5909324000 |
| 07/02/2019 | $100.00 | 5985482000 | 08/02/2019 | $100.00 | 6062176000 |
| 09/03/2019 | $100.00 | 6145544000 | 10/02/2019 | $100.00 | 6221468000 |
| 11/04/2019 | $100.00 | 6299776000 | 12/02/2019 | $100.00 | 6373173000 |
| 01/03/2020 | $100.00 | 6449182000 | | | |

**Total Receipts: $2,500.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $2,500.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020          (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN HONDA FINANCE CORPORATION | | | | | | |
| | 03/19/2018 | $175.82 | 798,170 | | | |
| PNC BANK NATIONAL ASSOCIATION | | | | | | |
| | 03/19/2018 | $11.63 | 798,811 | 11/19/2018 | $14.79 | 814,228 |
| | 12/17/2018 | $88.57 | 816,122 | 01/14/2019 | $88.57 | 818,055 |
| | 02/11/2019 | $88.57 | 819,958 | 03/18/2019 | $88.57 | 821,934 |
| | 04/15/2019 | $88.57 | 823,959 | 05/20/2019 | $88.57 | 825,971 |
| | 06/17/2019 | $90.16 | 827,934 | 07/15/2019 | $90.16 | 829,795 |
| | 08/19/2019 | $90.16 | 831,809 | 09/16/2019 | $90.16 | 833,804 |
| | 10/21/2019 | $92.51 | 835,851 | 11/18/2019 | $89.04 | 837,913 |
| | 12/16/2019 | $89.04 | 839,818 | 01/13/2020 | $89.04 | 841,705 |

**Chapter 13 Case # 17-35386**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| WELLS FARGO BANK NA | | | | | | |
| | 12/17/2018 | $7.44 | 816,697 | 01/14/2019 | $5.73 | 818,611 |
| | 02/11/2019 | $5.73 | 820,529 | 03/18/2019 | $5.73 | 822,566 |
| | 04/15/2019 | $5.73 | 824,542 | 05/20/2019 | $5.73 | 826,604 |
| | 06/17/2019 | $5.84 | 828,485 | 07/15/2019 | $5.84 | 830,360 |
| | 08/19/2019 | $5.84 | 832,437 | 09/16/2019 | $5.84 | 834,378 |
| | 10/21/2019 | $5.99 | 836,482 | 11/18/2019 | $5.76 | 838,477 |
| | 12/16/2019 | $5.76 | 840,344 | 01/13/2020 | $5.76 | 842,243 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 123.50 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 745.05 | 100.00% | 745.05 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 175.82 | 100.00% | 175.82 | |
| 0002 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,275.80 | * | 0.00 | |
| 0003 | BANK OF AMERICA | UNSECURED | 4,554.89 | * | 0.00 | |
| 0004 | WELLS FARGO BANK NA | SECURED | 105.67 | 100.00% | 82.72 | |
| 0006 | MIDLAND FUNDING LLC | UNSECURED | 4,468.76 | * | 0.00 | |
| 0007 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | CITIMORTGAGE INC | UNSECURED | 58,976.32 | * | 0.00 | |
| 0010 | QUANTUM3 GROUP LLC | UNSECURED | 2,133.18 | * | 0.00 | |
| 0011 | LVNV FUNDING LLC | UNSECURED | 2,292.95 | * | 0.00 | |
| 0012 | DEPARTMENT OF EDUCATION | UNSECURED | 97,738.42 | * | 0.00 | |
| 0013 | DISCOVER PERSONAL LOAN | UNSECURED | 16,069.57 | * | 0.00 | |
| 0014 | DISCOVER BANK | UNSECURED | 6,786.36 | * | 0.00 | |
| 0015 | FORD CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | CAPITAL ONE NA | UNSECURED | 2,852.50 | * | 0.00 | |
| 0017 | MARINER FINANCE LLC | UNSECURED | 2,621.22 | * | 0.00 | |
| 0018 | MERRICK BANK | UNSECURED | 4,307.44 | * | 0.00 | |
| 0020 | US DEPARTMENT OF HUD | UNSECURED | 68,961.33 | * | 0.00 | |
| 0021 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 5,463.95 | * | 0.00 | |
| 0022 | PNC BANK NATIONAL ASSOCIATION | MORTGAGE ARRE | 1,632.73 | 100.00% | 1,278.11 | |
| 0023 | LVNV FUNDING LLC | UNSECURED | 12,987.37 | * | 0.00 | |
| 0024 | QUANTUM3 GROUP LLC | UNSECURED | 661.58 | * | 0.00 | |
| 0025 | TD RETAIL CARD SERVICES | UNSECURED | 2,876.63 | * | 0.00 | |
| 0030 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0031 | AMERICAN HONDA FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,572.93 | * | 0.00 | |
| 0033 | MIDLAND FUNDING LLC | UNSECURED | 4,328.98 | * | 0.00 | |
| 0034 | MIDLAND FUNDING LLC | UNSECURED | 2,437.17 | * | 0.00 | |
| 0035 | MIDLAND FUNDING LLC | UNSECURED | 1,497.74 | * | 0.00 | |
| 0036 | MIDLAND FUNDING LLC | UNSECURED | 1,419.32 | * | 0.00 | |
| 0037 | MIDLAND FUNDING LLC | UNSECURED | 831.41 | * | 0.00 | |
| 0038 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | QUANTUM3 GROUP LLC | UNSECURED | 1,273.74 | * | 0.00 | |
| 0040 | LVNV FUNDING LLC | UNSECURED | 618.32 | * | 0.00 | |
| 0041 | DEPARTMENT OF EDUCATION | UNSECURED | 8,445.83 | * | 0.00 | |
| 0042 | DEPT OF EDUCATION/NELN | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | MERRICK BANK | UNSECURED | 2,128.24 | * | 0.00 | |
| 0044 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |

**Total Paid: $2,405.20**
See Summary

**Chapter 13 Case # 17-35386**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $2,500.00      -      Paid to Claims: $1,536.65      -      Admin Costs Paid: $868.55      =      Funds on Hand: $94.80

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.