| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>MORTON & CRAIG, LLC<br>110 Marter Avenue, Suite 301<br>Moorestown, NJ 08057    (856)866-0100<br>Attorney for :  American Honda Finance Corporation,<br>administrator for Honda Lease Trust<br>Our File No.:  51202<br>JM-5630 | |
|---|---|
| In Re:<br><br>Steve E. Minieri<br>Elaine D. Minieri | Order Filed on August 25, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  17-35386<br>Hearing Date:  8-20-2020<br>Judge:  VFP<br>Chapter:  13 |

Recommended Local Form:    ☑ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 25, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the motion of  American Honda Finance Corporation, admin. for Honda LT , under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

❏   Real property more fully described as:

☑   Personal property more fully described as:

   2017 Honda Accord
   Vehicle Identification Number
   1HGCR2F32HA189709

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 17-35386-VFP
Steve E. Minieri                                                Chapter 13
Elaine D. Minieri
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin              Page 1 of 1          Date Rcvd: Aug 26, 2020
                             Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2020.
db/jdb        +Steve E. Minieri,   Elaine D. Minieri,   243 Pulaski Ave.,   Wallington, NJ 07057-1513

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2020 at the address(es) listed below:
              David L. Stevens    on behalf of Joint Debtor Elaine D. Minieri dstevens@scura.com,
               ecfbkfilings@scuramealey.com;lrichard@scura.com;mduran@scura.com;vmajano@scura.com;martinezcr9387
               8@notify.bestcase.com
              David L. Stevens    on behalf of Debtor Steve E. Minieri dstevens@scura.com,
               ecfbkfilings@scuramealey.com;lrichard@scura.com;mduran@scura.com;vmajano@scura.com;martinezcr9387
               8@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation, administrator
               for Honda Lease Trust ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8