Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                 Case No.: 17−35386−VFP
                                 Chapter: 13
                                 Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steve E. Minieri                                          Elaine D. Minieri
   243 Pulaski Ave.                                       243 Pulaski Ave.
   Wallington, NJ 07057                            Wallington, NJ 07057

Social Security No.:
   xxx−xx−8135                                            xxx−xx−8352

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 8, 2019.

On 8/29/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                    October 1, 2020
Time:                  08:30 AM
Location:           Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: September 10, 2020
JAN: smz

                                                                                                             Jeanne Naughton
                                                                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-35386-VFP
Steve E. Minieri                                                        Chapter 13
Elaine D. Minieri
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 3           Date Rcvd: Sep 10, 2020
                             Form ID: 185             Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2020.
```
db/jdb         +Steve E. Minieri,    Elaine D. Minieri,    243 Pulaski Ave.,    Wallington, NJ 07057-1513
cr             +American Honda Finance Corporation, administrator,     P.O. Box 168088,    Irving, TX 75016-8088
517235314     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court:  American Honda Finance,    201 Little Falls Dr,
                 Wilmington, DE 19808)
517235316     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
517331033      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517235315      +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
517235317       Bobs Ds Furn,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
517328592       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517325037      #CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
517235322      +Citimortgage,    Po Box 6243,    Sioux Falls, SD 57117-6243
517235326      +Discover Bank,    502 E Market St,    Greenwood, DE 19950-9700
517235328      +Ford Credit,    P.O. Box 152271,    Irving, TX 75015-2271
517235330      +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
517235333      +Novad Management Consulting,    2401 NW 23rd St.,    Ste. 1A1,    Oklahoma City, OK 73107-2448
517286664      +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
517235335      +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
517309978      +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                 Dallas, TX 75380-0849
517235338      +Tdrcs/raymour & Flanig,    1000 Macarthur Bv,    Mahwah, NJ 07430-2035
517299845       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 11 2020 01:06:12     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 11 2020 01:06:09     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517271938       E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 11 2020 01:06:16
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
517235319       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 11 2020 01:23:35     Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
517235318       E-mail/Text: cms-bk@cms-collect.com Sep 11 2020 01:05:50     Capital Management Services, LP,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
517235323      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 11 2020 01:05:56     Comenitybk/totalvs,
                 Po Box 182789,    Columbus, OH 43218-2789
517235324      +E-mail/PDF: creditonebknotifications@resurgent.com Sep 11 2020 01:11:42     Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
517235325      +E-mail/Text: electronicbkydocs@nelnet.net Sep 11 2020 01:06:13     Dept Of Education/neln,
                 121 S 13th St,    Lincoln, NE 68508-1904
517248303       E-mail/Text: mrdiscen@discover.com Sep 11 2020 01:05:28     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517235327      +E-mail/Text: mrdiscen@discover.com Sep 11 2020 01:05:28     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
517280477      +E-mail/Text: dplbk@discover.com Sep 11 2020 01:06:26     Discover Personal Loans,
                 PO Box 30954,    Salt Lake City, UT 84130-0954
517235320       E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 11 2020 01:12:24     Chase Card,
                 Po Box 15298,    Wilmington, DE 19850
517235329      +E-mail/Text: PBNCNotifications@peritusservices.com Sep 11 2020 01:05:30     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
517465278      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 11 2020 01:11:00     LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587,
                 LVNV Funding LLC,    c/o Resurgent Capital Services 29603-0587
517465277       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 11 2020 01:11:01     LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517346268       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 11 2020 01:11:02
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517345208       E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 11 2020 01:11:24     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517235331      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 11 2020 01:12:12     Merrick Bank Corp,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
517336888      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 11 2020 01:06:09     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517235332      +E-mail/Text: kmorgan@morganlaw.com Sep 11 2020 01:06:38     Morgan Bornstein Morgan,
                 1236 Brace Road K,    Cherry Hill, NJ 08034-3229
517292744       E-mail/PDF: cbp@onemainfinancial.com Sep 11 2020 01:11:27     ONEMAIN,    PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
517235334      +E-mail/PDF: cbp@onemainfinancial.com Sep 11 2020 01:11:27     Onemain,    Po Box 1010,
                 Evansville, IN 47706-1010
```

```
District/off: 0312-2           User: admin                   Page 2 of 3                  Date Rcvd: Sep 10, 2020
                               Form ID: 185                  Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517523774      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 11 2020 01:12:34
               Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
517523775      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 11 2020 01:12:34
               Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
               Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
517339749      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 11 2020 01:10:58
               Portfolio Recovery Associates, LLC,   c/o Barclaycard,   POB 41067,   Norfolk VA 23541
517235336     +E-mail/Text: bankruptcy@prosper.com Sep 11 2020 01:06:32     Prosper Marketplace In,
               101 2nd St Fl 15,   San Francisco, CA 94105-3672
517336078     +E-mail/Text: bncmail@w-legal.com Sep 11 2020 01:06:17     Prosper Marketplace Inc.,
               C/O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
517338479      E-mail/Text: bnc-quantum@quantum3group.com Sep 11 2020 01:06:03
               Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
517338868      E-mail/Text: bnc-quantum@quantum3group.com Sep 11 2020 01:06:03
               Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
517235337      E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2020 01:12:18     Syncb/walmart,   Po Box 965024,
               El Paso, TX 79998
517236542     +E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2020 01:11:29     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517264173     +E-mail/Text: electronicbkydocs@nelnet.net Sep 11 2020 01:06:13
               U.S. Department of Education C/O Nelnet,   121 S 13TH ST, SUITE 201,   LINCOLN, NE 68508-1911
517235339     +E-mail/PDF: OGCRegionIIBankruptcy@hud.gov Sep 11 2020 01:11:38     U.S. Dept. of HUD,
               451 7th Street S.W.,   Washington, DC 20410-0001
                                                                                              TOTAL: 33

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517344733*    +Mariner Finance, LLC,   8211 Town Center Drive,   Nottingham, MD 21236-5904
517235321    ##+Christina Minieri,   243 Pulaski Ave.,   Wallington, NJ 07057-1513
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2020                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2020 at the address(es) listed below:
```
              David L. Stevens    on behalf of Joint Debtor Elaine D. Minieri dstevens@scura.com,
               ecfbkfilings@scuramealey.com;lrichard@scura.com;mduran@scura.com;vmajano@scura.com;martinezcr9387
               8@notify.bestcase.com
              David L. Stevens    on behalf of Debtor Steve E. Minieri dstevens@scura.com,
               ecfbkfilings@scuramealey.com;lrichard@scura.com;mduran@scura.com;vmajano@scura.com;martinezcr9387
               8@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation, administrator
               for Honda Lease Trust ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
```

```
District/off: 0312-2               User: admin                Page 3 of 3                Date Rcvd: Sep 10, 2020
                                   Form ID: 185               Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Rebecca Ann Solarz    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION rsolarz@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                               TOTAL: 8