**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

STEVE E. MINIERI
ELAINE D. MINIERI,

Debtors

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Case No.:  17-35386 VFP

**NOTICE OF RESERVE ON CLAIM**

Creditor: CITIMORTGAGE INC
Trustee Claim #: 9
Court Claim #: 13
Claimed Amount: $58,976.32
Date Claim Filed: 02/09/2018

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Disbursement checks have been returned as undeliverable.  A change of address must be filed with the Court.  A change of address must be filed with the Court by the **creditor** or **creditor's attorney ONLY.**  The Trustee's records will not be updated by the filing of any other party.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  October 06, 2020

By:   /S/  Marie-Ann Greenberg
Chapter 13 Standing Trustee

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

STEVE E. MINIERI
ELAINE D. MINIERI
243 PULASKI AVE.
WALLINGTON, NJ    07057

SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ    07470

CITIMORTGAGE INC
PO BOX 688971
DES MOINES, IA    50368

CITIMORTGAGE INC
PO BOX 6030
SIOUX FALLS, SD    57117-6030

CITIMORTGAGE
PO BOX 6243
SIOUX FALLS, SD    57117