SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re:  STEVE E. MINIERI                                   Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP
     ELAINE D. MINIERI                                         1599 HAMBURG TURNPIKE
     243 PULASKI AVE.                                          WAYNE, NJ  07470
     WALLINGTON,  NJ  07057

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
Chapter 13 Case # 17-35386

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $6,000.00**

## RECEIPTS AS OF 01/14/2022                                         (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/02/2018 | $100.00 | 4563852000  - | 02/02/2018 | $100.00 | 4639732000  - |
| 03/02/2018 | $100.00 | 4717773000  - | 04/02/2018 | $100.00 | 4801920000 |
| 05/02/2018 | $100.00 | 4880984000 | 06/04/2018 | $100.00 | 4961083000 |
| 07/03/2018 | $100.00 | 5042214000 | 08/02/2018 | $100.00 | 5119441000 |
| 09/04/2018 | $100.00 | 5203753000 | 10/02/2018 | $100.00 | 5279485000 |
| 11/02/2018 | $100.00 | 5360132000 | 12/03/2018 | $100.00 | 5439027000 |
| 01/03/2019 | $100.00 | 5512432000 | 02/04/2019 | $100.00 | 5590888000 |
| 03/04/2019 | $100.00 | 5669834000 | 04/02/2019 | $100.00 | 5751260000 |
| 05/03/2019 | $100.00 | 5831883000 | 06/03/2019 | $100.00 | 5909324000 |
| 07/02/2019 | $100.00 | 5985482000 | 08/02/2019 | $100.00 | 6062176000 |
| 09/03/2019 | $100.00 | 6145544000 | 10/02/2019 | $100.00 | 6221468000 |
| 11/04/2019 | $100.00 | 6299776000 | 12/02/2019 | $100.00 | 6373173000 |
| 01/03/2020 | $100.00 | 6449182000 | 02/03/2020 | $100.00 | 6530487000 |
| 03/02/2020 | $100.00 | 6607951000 | 04/02/2020 | $100.00 | 6681782000 |
| 05/04/2020 | $100.00 | 6759173000 | 06/02/2020 | $100.00 | 6834810000 |
| 07/02/2020 | $100.00 | 6910079000 | 08/03/2020 | $100.00 | 6985250000 |
| 09/02/2020 | $100.00 | 7056554000 | 10/02/2020 | $100.00 | 7129367000 |
| 11/02/2020 | $100.00 | 7205815000 | 12/02/2020 | $100.00 | 7276437000 |
| 01/04/2021 | $100.00 | 7349954000 | 02/02/2021 | $100.00 | 7424057000 |
| 03/02/2021 | $100.00 | 7492507000 | 04/02/2021 | $100.00 | 7569706000 |
| 05/03/2021 | $100.00 | 7642662000 | 06/02/2021 | $100.00 | 7712527000 |
| 07/02/2021 | $100.00 | 7782337000 | 08/02/2021 | $100.00 | 7852371000 |
| 09/02/2021 | $100.00 | 7920011000 | 10/04/2021 | $100.00 | 7987026000 |
| 11/02/2021 | $100.00 | 8055138000 | 12/02/2021 | $100.00 | 8119208000 |
| 01/03/2022 | $100.00 | 8184278000 | | | |

**Total Receipts: $4,900.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $4,900.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022

(Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| **AMERICAN HONDA FINANCE CORPORATION** | | | | | | | |
| | 03/19/2018 | $175.82 | 798,170 | | | | |
| **BANK OF AMERICA** | | | | | | | |
| | 09/21/2020 | $5.14 | 855,929 | | 01/11/2021 | $5.23 | 863,225 |
| | 05/17/2021 | $5.23 | 870,330 | | 09/20/2021 | $5.31 | 877,345 |
| | 01/10/2022 | $5.35 | 884,125 | | | | |
| **CAPITAL ONE NA** | | | | | | | |
| | 12/21/2020 | $5.68 | 8,001,953 | | 07/19/2021 | $5.75 | 8,002,333 |
| | 01/10/2022 | $5.01 | 8,002,638 | | | | |
| **CITIMORTGAGE INC** | | | | | | | |
| | 06/15/2020 | $15.87 | 850,540 | | 07/20/2020 | $16.90 | 852,333 |
| | 08/17/2020 | $16.87 | 854,199 | | 09/21/2020 | $16.98 | 856,013 |
| | 10/06/2020 | ($16.98) | 856,013 | | | | |
| **DEPARTMENT OF EDUCATION** | | | | | | | |
| | 06/15/2020 | $26.31 | 850,302 | | 07/20/2020 | $28.01 | 852,079 |
| | 08/17/2020 | $27.96 | 853,948 | | 08/17/2020 | $7.15 | 853,948 |
| | 09/21/2020 | $28.13 | 855,734 | | 10/19/2020 | $28.00 | 857,629 |
| | 11/16/2020 | $7.25 | 859,422 | | 11/16/2020 | $27.86 | 859,422 |
| | 12/21/2020 | $28.22 | 861,218 | | 01/11/2021 | $28.01 | 863,049 |
| | 02/22/2021 | $7.27 | 864,660 | | 02/22/2021 | $27.91 | 864,660 |
| | 03/15/2021 | $28.16 | 866,563 | | 04/19/2021 | $28.00 | 868,178 |
| | 05/17/2021 | $7.26 | 870,106 | | 05/17/2021 | $27.87 | 870,106 |
| | 06/21/2021 | $28.68 | 871,883 | | 07/19/2021 | $28.21 | 873,705 |
| | 08/16/2021 | $7.37 | 875,394 | | 08/16/2021 | $28.73 | 875,394 |
| | 09/20/2021 | $28.38 | 877,111 | | 10/18/2021 | $28.47 | 878,893 |
| | 11/17/2021 | $28.84 | 880,597 | | 11/17/2021 | $7.41 | 880,597 |
| | 12/13/2021 | $28.87 | 882,234 | | 01/10/2022 | $28.73 | 883,892 |
| **DISCOVER BANK** | | | | | | | |
| | 08/17/2020 | $5.74 | 854,261 | | 11/16/2020 | $5.83 | 859,752 |
| | 02/22/2021 | $5.84 | 865,048 | | 05/17/2021 | $5.83 | 870,479 |
| | 08/16/2021 | $5.92 | 875,765 | | 11/17/2021 | $5.96 | 880,988 |
| **DISCOVER PERSONAL LOAN** | | | | | | | |
| | 07/20/2020 | $8.94 | 852,402 | | 09/21/2020 | $9.21 | 856,083 |
| | 11/16/2020 | $9.25 | 859,757 | | 01/11/2021 | $9.18 | 863,358 |
| | 03/15/2021 | $9.22 | 866,891 | | 05/17/2021 | $9.24 | 870,484 |
| | 07/19/2021 | $9.38 | 874,087 | | 09/20/2021 | $9.35 | 877,513 |
| | 11/17/2021 | $9.39 | 880,993 | | 01/10/2022 | $9.46 | 884,276 |
| **LVNV FUNDING LLC** | | | | | | | |
| | 07/20/2020 | $7.23 | 852,601 | | 09/21/2020 | $7.44 | 856,296 |
| | 11/16/2020 | $7.47 | 859,945 | | 01/11/2021 | $5.22 | 863,538 |
| | 01/11/2021 | $7.42 | 863,538 | | 03/15/2021 | $7.46 | 867,079 |
| | 05/17/2021 | $7.46 | 870,698 | | 07/19/2021 | $7.58 | 874,279 |
| | 09/20/2021 | $5.31 | 877,723 | | 09/20/2021 | $7.56 | 877,723 |
| | 11/17/2021 | $7.59 | 881,183 | | 01/10/2022 | $7.65 | 884,453 |
| **MARINER FINANCE LLC** | | | | | | | |
| | 12/21/2020 | $5.21 | 860,789 | | 07/19/2021 | $5.30 | 873,348 |
| **MERRICK BANK** | | | | | | | |
| | 10/19/2020 | $6.10 | 858,188 | | 02/22/2021 | $5.46 | 865,319 |
| | 03/15/2021 | $6.18 | 867,108 | | 08/16/2021 | $6.23 | 875,999 |
| | 11/17/2021 | $5.56 | 881,211 | | 12/13/2021 | $5.05 | 882,830 |

**Chapter 13 Case # 17-35386**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| MIDLAND FUNDING LLC | | | | | | | |
| | 09/21/2020 | $5.05 | 855,326 | | 10/19/2020 | $6.13 | 857,243 |
| | 01/11/2021 | $5.55 | 862,722 | | 01/11/2021 | $5.12 | 862,722 |
| | 03/15/2021 | $6.21 | 866,230 | | 05/17/2021 | $5.13 | 869,746 |
| | 05/17/2021 | $5.13 | 869,746 | | 06/21/2021 | $5.27 | 871,504 |
| | 07/19/2021 | $5.01 | 873,369 | | 09/20/2021 | $5.21 | 876,778 |
| | 09/20/2021 | $5.64 | 876,778 | | 11/17/2021 | $5.06 | 880,287 |
| | 01/10/2022 | $5.24 | 883,590 | | | | |
| PNC BANK NATIONAL ASSOCIATION | | | | | | | |
| | 03/19/2018 | $11.63 | 798,811 | | 11/19/2018 | $14.79 | 814,228 |
| | 12/17/2018 | $88.57 | 816,122 | | 01/14/2019 | $88.57 | 818,055 |
| | 02/11/2019 | $88.57 | 819,958 | | 03/18/2019 | $88.57 | 821,934 |
| | 04/15/2019 | $88.57 | 823,959 | | 05/20/2019 | $88.57 | 825,971 |
| | 06/17/2019 | $90.16 | 827,934 | | 07/15/2019 | $90.16 | 829,795 |
| | 08/19/2019 | $90.16 | 831,809 | | 09/16/2019 | $90.16 | 833,804 |
| | 10/21/2019 | $92.51 | 835,851 | | 11/18/2019 | $89.04 | 837,913 |
| | 12/16/2019 | $89.04 | 839,818 | | 01/13/2020 | $89.04 | 841,705 |
| | 02/10/2020 | $89.04 | 843,576 | | 03/16/2020 | $89.04 | 845,504 |
| | 04/20/2020 | $89.04 | 847,447 | | 05/18/2020 | $84.52 | 849,273 |
| | 06/15/2020 | $2.98 | 850,959 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 09/21/2020 | $6.17 | 8,001,772 | | 10/19/2020 | $6.06 | 8,001,836 |
| | 01/11/2021 | $6.27 | 8,002,011 | | 03/15/2021 | $6.13 | 8,002,123 |
| | 05/17/2021 | $6.28 | 8,002,234 | | 05/17/2021 | $5.39 | 8,002,234 |
| | 08/16/2021 | $6.19 | 8,002,383 | | 09/20/2021 | $6.36 | 8,002,432 |
| | 12/13/2021 | $5.01 | 8,002,581 | | 01/10/2022 | $6.42 | 8,002,633 |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 02/22/2021 | $5.47 | 8,002,066 | | 07/19/2021 | $5.11 | 8,002,327 |
| | 11/17/2021 | $5.57 | 8,002,525 | | | | |
| TD RETAIL CARD SERVICES | | | | | | | |
| | 12/21/2020 | $5.73 | 862,386 | | 07/19/2021 | $5.80 | 874,789 |
| | 01/10/2022 | $5.06 | 884,982 | | | | |
| US DEPARTMENT OF HUD | | | | | | | |
| | 06/15/2020 | $18.56 | 850,048 | | 07/20/2020 | $19.76 | 851,803 |
| | 08/17/2020 | $19.73 | 853,687 | | 09/21/2020 | $19.85 | 855,459 |
| | 10/19/2020 | $19.76 | 857,374 | | 11/16/2020 | $19.65 | 859,168 |
| | 12/21/2020 | $19.91 | 860,938 | | 01/11/2021 | $19.76 | 862,830 |
| | 02/22/2021 | $19.69 | 864,367 | | 03/15/2021 | $19.88 | 866,333 |
| | 04/19/2021 | $19.76 | 867,898 | | 05/17/2021 | $19.66 | 869,851 |
| | 06/21/2021 | $20.24 | 871,611 | | 07/19/2021 | $19.91 | 873,468 |
| | 08/16/2021 | $20.26 | 875,152 | | 09/20/2021 | $20.02 | 876,872 |
| | 10/18/2021 | $20.09 | 878,665 | | 11/17/2021 | $20.35 | 880,373 |
| | 12/13/2021 | $20.37 | 882,025 | | 01/10/2022 | $20.27 | 883,666 |
| WELLS FARGO BANK NA | | | | | | | |
| | 12/17/2018 | $7.44 | 816,697 | | 01/14/2019 | $5.73 | 818,611 |
| | 02/11/2019 | $5.73 | 820,529 | | 03/18/2019 | $5.73 | 822,566 |
| | 04/15/2019 | $5.73 | 824,542 | | 05/20/2019 | $5.73 | 826,604 |
| | 06/17/2019 | $5.84 | 828,485 | | 07/15/2019 | $5.84 | 830,360 |
| | 08/19/2019 | $5.84 | 832,437 | | 09/16/2019 | $5.84 | 834,378 |
| | 10/21/2019 | $5.99 | 836,482 | | 11/18/2019 | $5.76 | 838,477 |
| | 12/16/2019 | $5.76 | 840,344 | | 01/13/2020 | $5.76 | 842,243 |
| | 02/10/2020 | $5.76 | 844,110 | | 03/16/2020 | $5.76 | 846,067 |
| | 04/20/2020 | $5.76 | 848,037 | | 05/18/2020 | $5.48 | 849,771 |
| | 06/15/2020 | $0.19 | 851,471 | | | | |

## CLAIMS AND DISTRIBUTIONS

**Chapter 13 Case # 17-35386**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 286.40 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 745.05 | 100.00% | 745.05 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 175.82 | 100.00% | 175.82 | |
| 0002 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,275.80 | * | 23.39 | |
| 0003 | BANK OF AMERICA | UNSECURED | 4,554.89 | * | 26.26 | |
| 0004 | WELLS FARGO BANK NA | SECURED | 105.67 | 100.00% | 105.67 | |
| 0006 | MIDLAND FUNDING LLC | UNSECURED | 4,468.49 | * | 25.75 | |
| 0007 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | CITIMORTGAGE INC | UNSECURED | 58,976.32 | * | 49.64 | |
| 0010 | QUANTUM3 GROUP LLC | UNSECURED | 2,133.18 | * | 11.04 | |
| 0011 | LVNV FUNDING LLC | UNSECURED | 2,292.95 | * | 10.53 | |
| 0012 | DEPARTMENT OF EDUCATION | UNSECURED | 97,738.42 | * | 563.35 | |
| 0013 | DISCOVER PERSONAL LOAN | UNSECURED | 16,069.57 | * | 92.62 | |
| 0014 | DISCOVER BANK | UNSECURED | 6,786.36 | * | 35.12 | |
| 0015 | FORD CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | CAPITAL ONE NA | UNSECURED | 2,852.50 | * | 16.44 | |
| 0017 | MARINER FINANCE LLC | UNSECURED | 2,621.22 | * | 10.51 | |
| 0018 | MERRICK BANK | UNSECURED | 4,307.44 | * | 23.56 | |
| 0020 | US DEPARTMENT OF HUD | UNSECURED | 68,961.33 | * | 397.48 | |
| 0021 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 5,463.95 | * | 31.50 | |
| 0022 | PNC BANK NATIONAL ASSOCIATION | MORTGAGE ARRE | 1,632.73 | 100.00% | 1,632.73 | |
| 0023 | LVNV FUNDING LLC | UNSECURED | 12,987.37 | * | 74.86 | |
| 0024 | QUANTUM3 GROUP LLC | UNSECURED | 661.58 | * | 0.00 | |
| 0025 | TD RETAIL CARD SERVICES | UNSECURED | 2,876.63 | * | 16.59 | |
| 0030 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0031 | AMERICAN HONDA FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,572.93 | * | 5.39 | |
| 0033 | MIDLAND FUNDING LLC | UNSECURED | 4,328.98 | * | 22.41 | |
| 0034 | MIDLAND FUNDING LLC | UNSECURED | 2,437.13 | * | 11.19 | |
| 0035 | MIDLAND FUNDING LLC | UNSECURED | 1,497.61 | * | 5.13 | |
| 0036 | MIDLAND FUNDING LLC | UNSECURED | 1,419.21 | * | 5.27 | |
| 0037 | MIDLAND FUNDING LLC | UNSECURED | 831.37 | * | 0.00 | |
| 0038 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | QUANTUM3 GROUP LLC | UNSECURED | 1,273.74 | * | 5.11 | |
| 0040 | LVNV FUNDING LLC | UNSECURED | 618.32 | * | 0.00 | |
| 0041 | DEPARTMENT OF EDUCATION | UNSECURED | 8,445.83 | * | 43.71 | |
| 0042 | DEPT OF EDUCATION/NELN | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | MERRICK BANK | UNSECURED | 2,128.24 | * | 11.02 | |
| 0044 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |

**Total Paid: $4,463.54**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 14, 2022.

Receipts: $4,900.00   -   Paid to Claims: $3,432.09   -   Admin Costs Paid: $1,031.45   =   Funds on Hand: $436.46

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.