Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JANUARY 4, 2023

#### Chapter 13 Case # 17-35386

Re:  STEVE E. MINIERI  
     ELAINE D. MINIERI  
     243 PULASKI AVE.  
     WALLINGTON, NJ  07057

Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP  
      1599 HAMBURG TURNPIKE  
      WAYNE, NJ  07470

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $6,000.00**

### RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/02/2018 | $100.00 | 4563852000  - | 02/02/2018 | $100.00 | 4639732000  - |
| 03/02/2018 | $100.00 | 4717773000  - | 04/02/2018 | $100.00 | 4801920000 |
| 05/02/2018 | $100.00 | 4880984000 | 06/04/2018 | $100.00 | 4961083000 |
| 07/03/2018 | $100.00 | 5042214000 | 08/02/2018 | $100.00 | 5119441000 |
| 09/04/2018 | $100.00 | 5203753000 | 10/02/2018 | $100.00 | 5279485000 |
| 11/02/2018 | $100.00 | 5360132000 | 12/03/2018 | $100.00 | 5439027000 |
| 01/03/2019 | $100.00 | 5512432000 | 02/04/2019 | $100.00 | 5590888000 |
| 03/04/2019 | $100.00 | 5669834000 | 04/02/2019 | $100.00 | 5751260000 |
| 05/03/2019 | $100.00 | 5831883000 | 06/03/2019 | $100.00 | 5909324000 |
| 07/02/2019 | $100.00 | 5985482000 | 08/02/2019 | $100.00 | 6062176000 |
| 09/03/2019 | $100.00 | 6145544000 | 10/02/2019 | $100.00 | 6221468000 |
| 11/04/2019 | $100.00 | 6299776000 | 12/02/2019 | $100.00 | 6373173000 |
| 01/03/2020 | $100.00 | 6449182000 | 02/03/2020 | $100.00 | 6530487000 |
| 03/02/2020 | $100.00 | 6607951000 | 04/02/2020 | $100.00 | 6681782000 |
| 05/04/2020 | $100.00 | 6759173000 | 06/02/2020 | $100.00 | 6834810000 |
| 07/02/2020 | $100.00 | 6910079000 | 08/03/2020 | $100.00 | 6985250000 |
| 09/02/2020 | $100.00 | 7056554000 | 10/02/2020 | $100.00 | 7129367000 |
| 11/02/2020 | $100.00 | 7205815000 | 12/02/2020 | $100.00 | 7276437000 |
| 01/04/2021 | $100.00 | 7349954000 | 02/02/2021 | $100.00 | 7424057000 |
| 03/02/2021 | $100.00 | 7492507000 | 04/02/2021 | $100.00 | 7569706000 |
| 05/03/2021 | $100.00 | 7642662000 | 06/02/2021 | $100.00 | 7712527000 |
| 07/02/2021 | $100.00 | 7782337000 | 08/02/2021 | $100.00 | 7852371000 |
| 09/02/2021 | $100.00 | 7920011000 | 10/04/2021 | $100.00 | 7987026000 |
| 11/02/2021 | $100.00 | 8055138000 | 12/02/2021 | $100.00 | 8119208000 |
| 01/03/2022 | $100.00 | 8184278000 | 02/02/2022 | $100.00 | 8249382000 |
| 03/02/2022 | $100.00 | 8313239000 | 04/04/2022 | $100.00 | 8378215000 |
| 05/02/2022 | $100.00 | 8441293000 | 06/02/2022 | $100.00 | 8502915000 |
| 07/05/2022 | $100.00 | 8564078000 | 08/02/2022 | $100.00 | 8624024000 |
| 09/02/2022 | $100.00 | 8683759000 | 10/03/2022 | $100.00 | 8744276000 |

**Chapter 13 Case # 17-35386**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/02/2022 | $100.00 | 8802508000 | 12/02/2022 | $100.00 | 8858354000 |

**Total Receipts: $6,000.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $6,000.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 332.40 | |
| ATTY | ATTORNEY | ADMIN | 745.05 | 100.00% | 745.05 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 175.82 | 100.00% | 175.82 | |
| 0002 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,275.80 | * | 38.63 | |
| 0003 | BANK OF AMERICA | UNSECURED | 4,554.89 | * | 37.12 | |
| 0004 | WELLS FARGO BANK NA | SECURED | 105.67 | 100.00% | 105.67 | |
| 0006 | MIDLAND FUNDING LLC | UNSECURED | 4,468.49 | * | 36.41 | |
| 0007 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | UNITED STATES BANKRUPTCY COURT | UNSECURED | 58,976.32 | * | 49.64 | |
| 0010 | QUANTUM3 GROUP LLC | UNSECURED | 2,133.18 | * | 16.11 | |
| 0011 | LVNV FUNDING LLC | UNSECURED | 2,292.95 | * | 15.94 | |
| 0012 | DEPARTMENT OF EDUCATION | UNSECURED | 97,738.42 | * | 882.74 | |
| 0013 | DISCOVER PERSONAL LOAN | UNSECURED | 16,069.57 | * | 140.49 | |
| 0014 | DISCOVER BANK | UNSECURED | 6,786.36 | * | 59.32 | |
| 0015 | FORD CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | CAPITAL ONE NA | UNSECURED | 2,852.50 | * | 21.53 | |
| 0017 | MARINER FINANCE LLC | UNSECURED | 2,621.22 | * | 21.36 | |
| 0018 | MERRICK BANK | UNSECURED | 4,307.44 | * | 38.92 | |
| 0020 | US DEPARTMENT OF HUD | UNSECURED | 68,961.33 | * | 622.84 | |
| 0021 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 5,463.95 | * | 44.52 | |
| 0022 | PNC BANK NATIONAL ASSOCIATION | MORTGAGE ARRE | 1,632.73 | 100.00% | 1,632.73 | |
| 0023 | LVNV FUNDING LLC | UNSECURED | 12,987.37 | * | 113.53 | |
| 0024 | QUANTUM3 GROUP LLC | UNSECURED | 661.58 | * | 5.00 | |
| 0025 | TD RETAIL CARD SERVICES | UNSECURED | 2,876.63 | * | 21.72 | |
| 0030 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0031 | AMERICAN HONDA FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,572.93 | * | 10.46 | |
| 0033 | MIDLAND FUNDING LLC | UNSECURED | 4,328.98 | * | 37.84 | |
| 0034 | MIDLAND FUNDING LLC | UNSECURED | 2,437.13 | * | 21.30 | |
| 0035 | MIDLAND FUNDING LLC | UNSECURED | 1,497.61 | * | 10.41 | |
| 0036 | MIDLAND FUNDING LLC | UNSECURED | 1,419.21 | * | 10.28 | |
| 0037 | MIDLAND FUNDING LLC | UNSECURED | 831.37 | * | 5.04 | |
| 0038 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | QUANTUM3 GROUP LLC | UNSECURED | 1,273.74 | * | 10.38 | |
| 0040 | LVNV FUNDING LLC | UNSECURED | 618.32 | * | 5.03 | |
| 0041 | DEPARTMENT OF EDUCATION | UNSECURED | 8,445.83 | * | 71.35 | |
| 0042 | DEPT OF EDUCATION/NELN | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | MERRICK BANK | UNSECURED | 2,128.24 | * | 16.07 | |
| 0044 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |

**Total Paid: $5,355.65**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| AMERICAN HONDA FINANCE CORPORATION | | | | | | | |
| | 03/19/2018 | $175.82 | 798170 | | | | |

**Chapter 13 Case # 17-35386**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| **BANK OF AMERICA** | | | | | | | |
| | 09/21/2020 | $5.14 | 855929 | | 01/11/2021 | $5.23 | 863225 |
| | 05/17/2021 | $5.23 | 870330 | | 09/20/2021 | $5.31 | 877345 |
| | 01/10/2022 | $5.35 | 884125 | | 05/16/2022 | $5.39 | 890932 |
| | 09/19/2022 | $5.47 | 897514 | | | | |
| **CAPITAL ONE NA** | | | | | | | |
| | 12/21/2020 | $5.68 | 8001953 | | 07/19/2021 | $5.75 | 8002333 |
| | 01/10/2022 | $5.01 | 8002638 | | 07/18/2022 | $5.09 | 8002948 |
| **CITIMORTGAGE INC** | | | | | | | |
| | 06/15/2020 | $15.87 | 850540 | | 07/20/2020 | $16.90 | 852333 |
| | 08/17/2020 | $16.87 | 854199 | | 09/21/2020 | $16.98 | 856013 |
| | 10/06/2020 | ($16.98) | 856013 | | | | |
| **DEPARTMENT OF EDUCATION** | | | | | | | |
| | 06/15/2020 | $26.31 | 850302 | | 07/20/2020 | $28.01 | 852079 |
| | 08/17/2020 | $27.96 | 853948 | | 08/17/2020 | $7.15 | 853948 |
| | 09/21/2020 | $28.13 | 855734 | | 10/19/2020 | $28.00 | 857629 |
| | 11/16/2020 | $27.86 | 859422 | | 11/16/2020 | $7.25 | 859422 |
| | 12/21/2020 | $28.22 | 861218 | | 01/11/2021 | $28.01 | 863049 |
| | 02/22/2021 | $27.91 | 864660 | | 02/22/2021 | $7.27 | 864660 |
| | 03/15/2021 | $28.16 | 866563 | | 04/19/2021 | $28.00 | 868178 |
| | 05/17/2021 | $27.87 | 870106 | | 05/17/2021 | $7.26 | 870106 |
| | 06/21/2021 | $28.68 | 871883 | | 07/19/2021 | $28.21 | 873705 |
| | 08/16/2021 | $28.73 | 875394 | | 08/16/2021 | $7.37 | 875394 |
| | 09/20/2021 | $28.38 | 877111 | | 10/18/2021 | $28.47 | 878893 |
| | 11/17/2021 | $28.84 | 880597 | | 11/17/2021 | $7.41 | 880597 |
| | 12/13/2021 | $28.87 | 882234 | | 01/10/2022 | $28.73 | 883892 |
| | 02/14/2022 | $28.81 | 885565 | | 02/14/2022 | $7.46 | 885565 |
| | 03/14/2022 | $28.70 | 887286 | | 04/18/2022 | $29.38 | 888950 |
| | 04/18/2022 | $5.00 | 888950 | | 05/16/2022 | $29.29 | 890688 |
| | 06/20/2022 | $29.23 | 892357 | | 06/20/2022 | $5.06 | 892357 |
| | 07/18/2022 | $29.20 | 894104 | | 08/15/2022 | $29.16 | 895668 |
| | 08/15/2022 | $5.06 | 895668 | | 09/19/2022 | $29.18 | 897254 |
| | 10/17/2022 | $29.17 | 898930 | | 10/17/2022 | $5.06 | 898930 |
| | 11/14/2022 | $28.56 | 900495 | | 12/12/2022 | $28.71 | 902069 |
| **DISCOVER BANK** | | | | | | | |
| | 08/17/2020 | $5.74 | 854261 | | 11/16/2020 | $5.83 | 859752 |
| | 02/22/2021 | $5.84 | 865048 | | 05/17/2021 | $5.83 | 870479 |
| | 08/16/2021 | $5.92 | 875765 | | 11/17/2021 | $5.96 | 880988 |
| | 02/14/2022 | $6.00 | 885969 | | 05/16/2022 | $6.04 | 891079 |
| | 08/15/2022 | $6.10 | 896062 | | 11/14/2022 | $6.06 | 900907 |
| **DISCOVER PERSONAL LOAN** | | | | | | | |
| | 07/20/2020 | $8.94 | 852402 | | 09/21/2020 | $9.21 | 856083 |
| | 11/16/2020 | $9.25 | 859757 | | 01/11/2021 | $9.18 | 863358 |
| | 03/15/2021 | $9.22 | 866891 | | 05/17/2021 | $9.24 | 870484 |
| | 07/19/2021 | $9.38 | 874087 | | 09/20/2021 | $9.35 | 877513 |
| | 11/17/2021 | $9.39 | 880993 | | 01/10/2022 | $9.46 | 884276 |
| | 03/14/2022 | $9.48 | 887676 | | 05/16/2022 | $9.58 | 891085 |
| | 07/18/2022 | $9.62 | 894493 | | 09/19/2022 | $9.65 | 897676 |
| | 11/14/2022 | $9.54 | 900912 | | | | |

**Chapter 13 Case # 17-35386**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | | | | | | | |
| | 07/20/2020 | $7.23 | 852601 | | 09/21/2020 | $7.44 | 856296 |
| | 11/16/2020 | $7.47 | 859945 | | 01/11/2021 | $7.42 | 863538 |
| | 01/11/2021 | $5.22 | 863538 | | 03/15/2021 | $7.46 | 867079 |
| | 05/17/2021 | $7.46 | 870698 | | 07/19/2021 | $7.58 | 874279 |
| | 09/20/2021 | $7.56 | 877723 | | 09/20/2021 | $5.31 | 877723 |
| | 11/17/2021 | $7.59 | 881183 | | 01/10/2022 | $7.65 | 884453 |
| | 03/14/2022 | $7.65 | 887861 | | 05/16/2022 | $7.75 | 891284 |
| | 05/16/2022 | $5.41 | 891284 | | 07/18/2022 | $7.78 | 894664 |
| | 09/19/2022 | $7.79 | 897863 | | 09/19/2022 | $5.03 | 897863 |
| | 11/14/2022 | $7.70 | 901082 | | | | |
| MARINER FINANCE LLC | | | | | | | |
| | 12/21/2020 | $5.21 | 860789 | | 07/19/2021 | $5.30 | 873348 |
| | 02/14/2022 | $5.37 | 885235 | | 09/19/2022 | $5.48 | 896972 |
| MERRICK BANK | | | | | | | |
| | 10/19/2020 | $6.10 | 858188 | | 02/22/2021 | $5.46 | 865319 |
| | 03/15/2021 | $6.18 | 867108 | | 08/16/2021 | $6.23 | 875999 |
| | 11/17/2021 | $5.56 | 881211 | | 12/13/2021 | $5.05 | 882830 |
| | 04/18/2022 | $5.08 | 889625 | | 07/18/2022 | $5.05 | 894691 |
| | 08/15/2022 | $5.16 | 896275 | | 12/12/2022 | $5.12 | 902655 |
| MIDLAND FUNDING LLC | | | | | | | |
| | 09/21/2020 | $5.05 | 855326 | | 10/19/2020 | $6.13 | 857243 |
| | 01/11/2021 | $5.55 | 862722 | | 01/11/2021 | $5.12 | 862722 |
| | 03/15/2021 | $6.21 | 866230 | | 05/17/2021 | $5.13 | 869746 |
| | 05/17/2021 | $5.13 | 869746 | | 06/21/2021 | $5.27 | 871504 |
| | 07/19/2021 | $5.01 | 873369 | | 09/20/2021 | $5.64 | 876778 |
| | 09/20/2021 | $5.21 | 876778 | | 11/17/2021 | $5.06 | 880287 |
| | 01/10/2022 | $5.24 | 883590 | | 02/14/2022 | $5.04 | 885254 |
| | 03/14/2022 | $5.09 | 886995 | | 04/18/2022 | $5.02 | 888649 |
| | 05/16/2022 | $5.28 | 890424 | | 05/16/2022 | $5.31 | 890424 |
| | 06/20/2022 | $5.01 | 892074 | | 07/18/2022 | $5.18 | 893843 |
| | 09/19/2022 | $5.35 | 896987 | | 11/14/2022 | $5.16 | 900267 |
| | 11/14/2022 | $5.09 | 900267 | | | | |
| PNC BANK NATIONAL ASSOCIATION | | | | | | | |
| | 03/19/2018 | $11.63 | 798811 | | 11/19/2018 | $14.79 | 814228 |
| | 12/17/2018 | $88.57 | 816122 | | 01/14/2019 | $88.57 | 818055 |
| | 02/11/2019 | $88.57 | 819958 | | 03/18/2019 | $88.57 | 821934 |
| | 04/15/2019 | $88.57 | 823959 | | 05/20/2019 | $88.57 | 825971 |
| | 06/17/2019 | $90.16 | 827934 | | 07/15/2019 | $90.16 | 829795 |
| | 08/19/2019 | $90.16 | 831809 | | 09/16/2019 | $90.16 | 833804 |
| | 10/21/2019 | $92.51 | 835851 | | 11/18/2019 | $89.04 | 837913 |
| | 12/16/2019 | $89.04 | 839818 | | 01/13/2020 | $89.04 | 841705 |
| | 02/10/2020 | $89.04 | 843576 | | 03/16/2020 | $89.04 | 845504 |
| | 04/20/2020 | $89.04 | 847447 | | 05/18/2020 | $84.52 | 849273 |
| | 06/15/2020 | $2.98 | 850959 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 09/21/2020 | $6.17 | 8001772 | | 10/19/2020 | $6.06 | 8001836 |
| | 01/11/2021 | $6.27 | 8002011 | | 03/15/2021 | $6.13 | 8002123 |
| | 05/17/2021 | $6.28 | 8002234 | | 05/17/2021 | $5.39 | 8002234 |
| | 08/16/2021 | $6.19 | 8002383 | | 09/20/2021 | $6.36 | 8002432 |
| | 12/13/2021 | $5.01 | 8002581 | | 01/10/2022 | $6.42 | 8002633 |
| | 04/18/2022 | $5.05 | 8002785 | | 04/18/2022 | $5.07 | 8002785 |
| | 05/16/2022 | $6.48 | 8002843 | | 08/15/2022 | $5.12 | 8002997 |
| | 09/19/2022 | $6.54 | 8003048 | | 12/12/2022 | $5.07 | 8003201 |

Chapter 13 Case # 17-35386

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC | | | | | | | |
| | 02/22/2021 | $5.47 | 8002066 | | 07/19/2021 | $5.11 | 8002327 |
| | 11/17/2021 | $5.57 | 8002525 | | 07/18/2022 | $5.07 | 8002945 |
| | 07/18/2022 | $5.00 | 8002945 | | 09/19/2022 | $5.27 | 8003042 |
| TD RETAIL CARD SERVICES | | | | | | | |
| | 12/21/2020 | $5.73 | 862386 | | 07/19/2021 | $5.80 | 874789 |
| | 01/10/2022 | $5.06 | 884982 | | 07/18/2022 | $5.13 | 895169 |
| US DEPARTMENT OF HUD | | | | | | | |
| | 06/15/2020 | $18.56 | 850048 | | 07/20/2020 | $19.76 | 851803 |
| | 08/17/2020 | $19.73 | 853687 | | 09/21/2020 | $19.85 | 855459 |
| | 10/19/2020 | $19.76 | 857374 | | 11/16/2020 | $19.65 | 859168 |
| | 12/21/2020 | $19.91 | 860938 | | 01/11/2021 | $19.76 | 862830 |
| | 02/22/2021 | $19.69 | 864367 | | 03/15/2021 | $19.88 | 866333 |
| | 04/19/2021 | $19.76 | 867898 | | 05/17/2021 | $19.66 | 869851 |
| | 06/21/2021 | $20.24 | 871611 | | 07/19/2021 | $19.91 | 873468 |
| | 08/16/2021 | $20.26 | 875152 | | 09/20/2021 | $20.02 | 876872 |
| | 10/18/2021 | $20.09 | 878665 | | 11/17/2021 | $20.35 | 880373 |
| | 12/13/2021 | $20.37 | 882025 | | 01/10/2022 | $20.27 | 883666 |
| | 02/14/2022 | $20.33 | 885337 | | 03/14/2022 | $20.25 | 887071 |
| | 04/18/2022 | $20.73 | 888726 | | 05/16/2022 | $20.66 | 890491 |
| | 06/20/2022 | $20.62 | 892148 | | 07/18/2022 | $20.60 | 893909 |
| | 08/15/2022 | $20.59 | 895475 | | 09/19/2022 | $20.59 | 897047 |
| | 10/17/2022 | $20.58 | 898745 | | 11/14/2022 | $20.15 | 900318 |
| | 12/12/2022 | $20.26 | 901901 | | | | |
| WELLS FARGO BANK NA | | | | | | | |
| | 12/17/2018 | $7.44 | 816697 | | 01/14/2019 | $5.73 | 818611 |
| | 02/11/2019 | $5.73 | 820529 | | 03/18/2019 | $5.73 | 822566 |
| | 04/15/2019 | $5.73 | 824542 | | 05/20/2019 | $5.73 | 826604 |
| | 06/17/2019 | $5.84 | 828485 | | 07/15/2019 | $5.84 | 830360 |
| | 08/19/2019 | $5.84 | 832437 | | 09/16/2019 | $5.84 | 834378 |
| | 10/21/2019 | $5.99 | 836482 | | 11/18/2019 | $5.76 | 838477 |
| | 12/16/2019 | $5.76 | 840344 | | 01/13/2020 | $5.76 | 842243 |
| | 02/10/2020 | $5.76 | 844110 | | 03/16/2020 | $5.76 | 846067 |
| | 04/20/2020 | $5.76 | 848037 | | 05/18/2020 | $5.48 | 849771 |
| | 06/15/2020 | $0.19 | 851471 | | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 04, 2023.

Receipts: $6,000.00   -   Paid to Claims: $4,278.20   -   Admin Costs Paid: $1,077.45   =   Funds on Hand: $644.35

Base Plan Amount: $6,000.00   -   Receipts: $6,000.00   =   Total Unpaid Balance: **$0.00

**NOTE: THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.