Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  17−35386−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Steve E. Minieri | Elaine D. Minieri |
| 243 Pulaski Ave. | 243 Pulaski Ave. |
| Wallington, NJ 07057 | Wallington, NJ 07057 |

Social Security No.:
  xxx−xx−8135                                        xxx−xx−8352

Employer's Tax I.D. No.:

---

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

TO: <u>Steve E. Minieri and Elaine D. Minieri</u>
    Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: January 17, 2023
JAN: smz

<u>Jeanne Naughton, Clerk</u>