**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Steve E. Minieri | Social Security number or ITIN   xxx–xx–8135 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Elaine D. Minieri | Social Security number or ITIN   xxx–xx–8352 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   17–35386–VFP

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Steve E. Minieri                          Elaine D. Minieri

2/10/23

**By the court:** Vincent F. Papalia
                United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 17-35386-VFP |
|---|---|
| Steve E. Minieri | Chapter 13 |
| Elaine D. Minieri | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Feb 10, 2023 | Form ID: 3180W | Total Noticed: 53 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steve E. Minieri, Elaine D. Minieri, 243 Pulaski Ave., Wallington, NJ 07057-1513 |
| 517235317 | | Bobs Ds Furn, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 517235321 | + | Christina Minieri, 243 Pulaski Ave., Wallington, NJ 07057-1513 |
| 517235336 | + | Prosper Marketplace In, 101 2nd St Fl 15, San Francisco, CA 94105-3672 |
| 517235338 | + | Tdrcs/raymour & Flanig, 1000 Macarthur Bv, Mahwah, NJ 07430-2035 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 10 2023 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 10 2023 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 10 2023 20:50:00 | American Honda Finance Corporation, administrator, P.O. Box 168088, Irving, TX 75016-8088 |
| 517235314 | | EDI: WFFC.COM | Feb 11 2023 01:44:00 | American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 517271938 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 10 2023 20:50:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 517331033 | + | EDI: BANKAMER2.COM | Feb 11 2023 01:44:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517235315 | + | EDI: TSYS2 | Feb 11 2023 01:39:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 517235316 | + | EDI: BANKAMER.COM | Feb 11 2023 01:39:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 517235319 | | EDI: CAPITALONE.COM | Feb 11 2023 01:39:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517235318 | | Email/Text: cms-bk@cms-collect.com | Feb 10 2023 20:50:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 517328592 | | Email/PDF: bncnotices@becket-lee.com | Feb 10 2023 21:03:40 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517325037 | | EDI: CITICORP.COM | Feb 11 2023 01:39:00 | CitiMortgage, Inc., P.O. Box 688971, Des Moines, IA 50368-8971 |
| 517235322 | + | EDI: CITICORP.COM | Feb 11 2023 01:39:00 | Citimortgage, Po Box 6243, Sioux Falls, SD |

District/off: 0312-2                          User: admin                                    Page 2 of 4

Date Rcvd: Feb 10, 2023                        Form ID: 3180W                          Total Noticed: 53

| | | | |
|---|---|---|---|
| | | | 57117-6243 |
| 517235323 | + EDI: WFNNB.COM | Feb 11 2023 01:44:00 | Comenitybk/totalvs, Po Box 182789, Columbus, OH 43218-2789 |
| 517235324 | + Email/PDF: creditonebknotifications@resurgent.com | Feb 10 2023 21:03:16 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 517235325 | + Email/Text: electronicbkydocs@nelnet.net | Feb 10 2023 20:50:00 | Dept Of Education/neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 517235326 | + EDI: DISCOVER.COM | Feb 11 2023 01:39:00 | Discover Bank, 502 E Market St, Greenwood, DE 19950-9700 |
| 517248303 | EDI: DISCOVER.COM | Feb 11 2023 01:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517235327 | + EDI: DISCOVER.COM | Feb 11 2023 01:39:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 517280477 | + EDI: DISCOVERPL | Feb 11 2023 01:44:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 517235328 | + Email/Text: EBNBKNOT@ford.com | Feb 10 2023 20:50:00 | Ford Credit, P.O. Box 152271, Irving, TX 75015-2271 |
| 517235320 | EDI: JPMORGANCHASE | Feb 11 2023 01:39:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517235329 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 10 2023 20:49:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 517465277 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 10 2023 21:03:26 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517465278 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 10 2023 21:03:25 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 517346268 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 10 2023 21:03:21 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517345208 | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 10 2023 21:03:13 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517235330 | + Email/Text: bankruptcy@marinerfinance.com | Feb 10 2023 20:49:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 517235331 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 10 2023 21:03:14 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517336888 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 10 2023 20:50:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517235332 | + Email/Text: kmorgan@morganlaw.com | Feb 10 2023 20:50:00 | Morgan Bornstein Morgan, 1236 Brace Road K, Cherry Hill, NJ 08034-3229 |
| 517235333 | ^ MEBN | Feb 10 2023 20:47:50 | Novad Management Consulting, 2401 NW 23rd St., Ste. 1A1, Oklahoma City, OK 73107-2448 |
| 517292744 | EDI: AGFINANCE.COM | Feb 11 2023 01:39:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 517235334 | + EDI: AGFINANCE.COM | Feb 11 2023 01:39:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 517286664 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 10 2023 20:49:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 517235335 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 10 2023 20:49:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 517523774 | EDI: PRA.COM | | |

| | | Feb 11 2023 01:44:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517523775 | EDI: PRA.COM | | |
| | | Feb 11 2023 01:44:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517339749 | EDI: PRA.COM | | |
| | | Feb 11 2023 01:44:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517336078 | + Email/Text: bncmail@w-legal.com | | |
| | | Feb 10 2023 20:50:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517338868 | EDI: Q3G.COM | | |
| | | Feb 11 2023 01:44:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517338479 | EDI: Q3G.COM | | |
| | | Feb 11 2023 01:44:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517235337 | EDI: RMSC.COM | | |
| | | Feb 11 2023 01:39:00 | Syncb/walmart, Po Box 965024, El Paso, TX 79998 |
| 517236542 | + EDI: RMSC.COM | | |
| | | Feb 11 2023 01:39:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517309978 | + EDI: CBSTDR | | |
| | | Feb 11 2023 01:39:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517264173 | + Email/Text: electronicbkydocs@nelnet.net | | |
| | | Feb 10 2023 20:50:00 | U.S. Department of Education C/O Nelnet, 121 S 13TH ST, SUITE 201, LINCOLN, NE 68508-1911 |
| 517235339 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | | |
| | | Feb 10 2023 21:03:51 | U.S. Dept. of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 517299845 | EDI: WFFC2 | | |
| | | Feb 11 2023 01:39:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517344733 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 12, 2023                    Signature:        /s/Gustava Winters

District/off: 0312-2                         User: admin                                          Page 4 of 4
Date Rcvd: Feb 10, 2023                      Form ID: 3180W                                  Total Noticed: 53

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Joint Debtor Elaine D. Minieri dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com |
| David L. Stevens | on behalf of Debtor Steve E. Minieri dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor American Honda Finance Corporation  administrator for Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8